UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL NO. 655, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:04CV480 CDP |
| ST. JOHN'S MERCY HEALTH SYSTEM d/b/a ST. JOHN'S MERCY MEDICAL CENTER, | ) ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Defendant seeks to stay the judgment in this case pending appeal. It has now provided the Court with the supercedeas bond it proposes to file in accord with Fed. R. Civ. P. 62. The bond is in the proper form and is from an approved surety. The agent who signed it has not paid the necessary power of attorney fee to the Clerk's office, and must do so before the power of attorney and the bond can be accepted. I will therefore grant the stay conditioned on the bond actually being posted with and accepted by the Clerk of Court

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to stay pending appeal [#58] is granted conditioned on the defendant's posting of the supercedeas bond in

the approved form.

**IT IS FURTHER ORDERED** that the stay shall not be effective until defendant posts its proposed bond, in the same form as the Appendix to defendant's reply brief [#65], with the Clerk of Court and pays the appropriate power of attorney fees.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of January, 2006.